IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-CR-00193 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| JAY EUGENE REED | : | (Electronically Filed) |

## NOTICE OF INTENT TO PLEAD GUILTY WITHOUT A PLEA AGREEMENT

AND NOW, comes the defendant, Jay Eugene Reed, by his attorney Thomas A. Thornton, Esquire, of the Federal Public Defender's Office, and files this Notice of Intent to Plead Guilty without a Plea Agreement.

Respectfully submitted,

Date: January 20, 2017

*/s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*thomas_thornton@fd.org*
*Attorney for Jay Eugene Reed*

## **CERTIFICATE OF SERVICE**

I, Thomas A. Thornton, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Notice of Intent to Plead Guilty without a Plea Agreement**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

> MEREDITH A. TAYLOR, ESQUIRE
> United States Attorney
> United States Attorney's Office
> 228 Walnut Street, Room 220
> Harrisburg, PA 17108
> *meredith.taylor@usdoj.gov*
>
> JAY EUGENE REED
> Perry County Prison
> 300 S. Carlisle Street
> New Bloomfield, PA 17068

Date: January 20, 2017         */s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*thomas_thornton@fd.org*
Attorney for Jay Eugene Reed