IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY EUGENE REED,** | : | |
| Petitioner | : | No. 1:15-cr-00193-1 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 28th day of October 2021, upon consideration of Petitioner Jay Eugene Reed ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 85), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion (Doc. No. 85) is **DENIED**;

2. A Certificate of Appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the related case at 1:21-cv-00698.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania